1066

No. 99–6989. MIXON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–7007. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7010. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7014. ANDERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–7019. ZAPATA-ROBLES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7026. DEWITT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–7032. DUNMORE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–7069. THOMAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–422. SPIEGEL v. PROBATE PROCEEDING, WILL OF WARSASKI, DECEASED. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of Concerned Illinois Lawyers and Law Professors for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–628. ANDREWS ET AL. v. VERMONT DEPARTMENT OF EDUCATION ET AL. Sup. Ct. Vt. Motion of Christian Legal Society et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–5546. SHISINDAY v. TEXAS. Ct. App. Tex., 14th Dist. Motion of petitioner to strike brief in opposition denied. Certiorari denied.